

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:    Laverne Natalie Dailey, Independent Executrix of the Estate of Ruth Carter Carroll, deceased v. Alma McAfee, dependent Administratrix of the Estate of Carl M. Carroll, Jr., deceased

Appellate case number:   01-21-00106-CV

Trial court case number:  297526-402

Trial court:            Probate Court No 2 of Harris County

The motion for rehearing is **denied**.

It is so ORDERED.


Judge's signature:  __/s/ Peter Kelly_____
                    ☑ Acting for the Court

Panel consists of Justices Kelly, Goodman, and Guerra.


Date: <u>December 13, 2022</u>